[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-13719
_____

D.C. Docket No. 1:12-cv-23588-PCH

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SILA LUIS,

Defendant - Appellant,

ELSA RUIZ, et al.,

Defendants.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(June 16, 2016)

**ON REMAND FROM THE SUPREME COURT
OF THE UNITED STATES**

Before MARTIN, DUBINA and SENTELLE,[*] Circuit Judges.

_____

[*] Honorable David Bryan Sentelle, United States Circuit Judge for the District of Columbia Circuit sitting by designation.

PER CURIAM:

This case returns to us on remand from the Supreme Court of the United States. *Luis v. United States,* 578 U.S. at ___, 136 S. Ct. 1083 (2016).  In our earlier opinion, we affirmed the district court's finding that there was no Sixth Amendment right to use untainted, substitute assets to hire counsel.  *See Luis v. United States*, 564 F. App'x 493, 494 (2014) (per curiam).  The Supreme Court granted a petition for writ of certiorari and vacated our judgment, holding that a defendant "has a Sixth Amendment right to use her own 'innocent' property to pay a reasonable fee for the assistance of counsel."  *Luis*, 578 U.S. at ___, 136 S. Ct. at 1096 (2016) (plurality opinion).  Accordingly, based on the judgment of the Supreme Court, we now vacate the district court's order granting the government's motion for a preliminary injunction and remand this case to the district court for further proceedings consistent with the Supreme Court's opinion.

VACATED AND REMANDED.

2